**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JESSE L. YOUNGBLOOD, | ) | NO. ED CV 11-1625-JAK(E) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, |
| LORI R. DiCARLO, et al., | ) | CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | ) | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Fourth Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered dismissing the action without prejudice.

///
///

1    IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of
2    this Order and the Judgment of this date on the Plaintiff.

4    DATED: 11/28/2012.

```
                              _____
                                      JOHN A. KRONSTADT
                              UNITED STATES DISTRICT JUDGE
```