**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSE L. YOUNGBLOOD, ) | NO. ED CV 11-1625-JAK(E) |
| Plaintiff, ) | |
| v. ) | JUDGMENT |
| LORI R. DiCARLO, et al., ) | |
| Defendants. ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: _____11/28_____, 2012.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE