1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11   JESSE L. YOUNGBLOOD,              ) NO. ED CV 11-1625-JAK(E)
                                       )
12           Plaintiff,                )
                                       )
13        v.                           )          JUDGMENT
                                       )
14   LORI R. DiCARLO, et al.,          )
                                       )
15           Defendants.               )
     _____)
16
17
18        IT IS ADJUDGED that the action is dismissed without prejudice.
19
20           DATED: January 2, 2014.
21
22
23        _____
                 JOHN A. KRONSTADT
24          UNITED STATES DISTRICT JUDGE
25
26
27
28